AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEVIN A. TOLLIVER,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  C2-07-017**

**SCOTT A. MITTMAN, ESQ., et al.,**    **JUDGE EDMUND A. SARGUS,**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed October 12, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 12, 2007                  JAMES BONINI, CLERK

                                                                    */S/ Andy F. Quisumbing*
                                                                    (By) Andy F. Quisumbing
                                                                    Courtroom Deputy Clerk